MANATT, PHELPS & PHILLIPS, LLP
Christine M. Reilly (Bar No. 226388)
E-mail: CReilly@manatt.com
Justin Jones Rodriguez (Bar No. 279080)
E-mail: JJRodriguez@manatt.com
Kristin E. Haule (Bar No. 312139)
E-mail: KHaule@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
PeopleConnect, Inc. d/b/a Intelius
(erroneously sued as Intlius Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON MYUNG ROGERS<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INTELIUS INC.,<br><br>　　　　Defendants. | No. 3:19-cv-03416–JCS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 28, 2018<br>FAC Filed: January 3, 2019<br>FAC Served (state ct.): May 17, 2019<br>Notice of Removal: June 14, 2019<br>Current Response Date: June 21, 2019<br>Requested Response Date: July 22, 2019 |

Good cause appearing, this Court **ORDERS** that Defendant PeopleConnect, Inc. d/b/a Intelius's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint is **GRANTED** and the time for Defendant PeopleConnect, Inc. d/b/a Intelius to file its responsive pleading is extended by thirty days from June 21, 2019, up to and including July 22, 2019.

Dated: June 21, 2019

JOSEPH C. SPERO
United States Magistrate Judge

323885475.1